

ORIGINAL

FILED

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

AUG 1 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
JARED R. WIGGINTON

ORDER

Jared R. Wigginton has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Wigginton passed the MPRE in 2013 when seeking admission to the practice of law in California, where he was admitted, and he has since also been admitted to practice in Washington State and the District of Columbia. Wigginton has not been subject to any disciplinary action as a lawyer. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Jared R. Wigginton to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 12 day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices